UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES BERTRAND** | **CASE NO.  6:19-CV-01342** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **HEATHER CLOUD, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, after an independent review of the record, and having determined that the findings and recommendations are correct under the applicable law,

IT IS ORDERED that the Motion To Dismiss Federal Claims filed by Defendant, Eddie Soileau, individually and in his official capacity as Sheriff for Evangeline Parish [Rec. Doc. 29] is GRANTED. Plaintiff's claims against Soileau under 42 U.S.C. §§ 1983, 1985 and 1986 are DISMISSED WITH PREJUDICE. Leave to replead is DENIED. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and they are DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 15th day of March, 2021.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**