UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES BERTRAND** | **CASE NO. 6:19-CV-01342** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **HEATHER CLOUD, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

# JUDGMENT

For the reasons given in the Court's prior Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Magistrate Judge's Report and Recommendation [ECF No. 71] is ADOPTED. Cloud's Motion to Dismiss Federal Claims [ECF NO. 57] is GRANTED. Bertrand's section 1983 claims for false arrest and imprisonment, substantive due process violation, defamation, and equal protection violation; section 1985 claims; and section 1986 claims against Cloud are DISMISSED WITH PREJUDICE. Leave to amend the Amended Complaint is DENIED. The Court declines to exercise supplemental jurisdiction over Bertrand's state law claims against Cloud, which are DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 16th day of March, 2021.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**